DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
**PRINCE LAW GROUP**
10801 West Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
Attorneys for Plaintiff
*Debbie Siegfried*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE SIEGFRIED, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LOYA INSURANCE COMPANY, a Foreign Corporation; and JESS LOPEZ, individually, DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | Case No. 2:20-cv-01905-KJD-DJA<br><br>**STIPULATION AND ORDER OR EXTENTION OF TIME TO FILE REPLY TO LOYA INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DEBBIE SIEGFRIED, through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant LOYA INSURANCE COMPANY, by and through its counsel of record, M. Bradley Johnson and Kristopher T. Zeppenfeld of KRAVITZ SCHNITZER & JOHNSON, CHTD, that the deadline for Plaintiff to file her Reply to Loya Insurance Company's Opposition to Plaintiff's Motion to Remand (ECF No. 6) shall be extended by fourteen (14) days, from November 9, 2020 to November 23, 2020. The Opposition was filed on November 2, 2020. This is the first request for extension of time to file a reply to this opposition.

Over the course of the last couple of weeks, Plaintiff's counsel has been handling briefing due in multiple matters, which has required substantial time and effort. Given the depth and number of arguments set forth in Loya Insurance Company's response to Plaintiff's Motion to Remand, a brief extension of time will ensure all those arguments are fully addressed to aid this Court in its decision.

Accordingly, the parties respectfully request this Court to approve the foregoing stipulation. This requested extension is not made in bad faith or to unnecessarily delay these proceedings.

DATED this 6th day of November, 2020.           DATED this 6th day of November, 2020

**PRINCE LAW GROUP**                            **McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/Kevin T. Strong*                            */s/ Kristopher T. Zeppenfeld*
DENNIS M. PRINCE                                M. BRADLEY JOHNSON
Nevada Bar No. 5092                             Nevada Bar No. 4646
KEVIN T. STRONG                                 KRISTOPHER T. ZEPPENFELD
Nevada Bar No. 12107                            Nevada Bar No. 12144
10801 W. Charleston Boulevard, Suite 560        8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89135                         Las Vegas, Nevada 89123
Attorneys for Plaintiff                         Attorneys for Defendant
*Debbie Siegfried*                              *Loya Insurance Company*

## ORDER

**IT IS SO ORDERED.**

DATED this 9th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

