1  DENNIS M. PRINCE
Nevada Bar No. 5092
2  KEVIN T. STRONG
Nevada Bar No. 12107
3  **PRINCE LAW GROUP**
10801 W. Charleston Boulevard
4  Suite 560
Las Vegas, Nevada 89135
5  Tel: (702) 534-7600
Fax: (702) 534-7601
6  Email: eservice@thedplg.com
Attorneys for Plaintiff
7  *Debbie Siegfried*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| DEBBIE SIEGFRIED, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>LOYA INSURANCE COMPANY, a Foreign Corporation; and JESS LOPEZ, individually; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:20-cv-01905-KJD-DJA<br><br>**JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT LOYA INSURANCE COMPANY TO FILE ITS REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF DEBBIE SIEGFRIED'S DEPOSITION SUBPOENA TO THE F.R.C.P. 30(b)(6) REPRESENTATIVE FOR LOYA INSURANCE COMPANY (ECF No. 51)**<br>**(First Request)** |

Plaintiff DEBBIE SIEGFRIED ("Siegfried"), by and through her counsel of record, Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant LOYA INSURANCE COMPANY ("Loya"), by and through its counsel of record, M. Bradley Johnson of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby file their *Joint Motion to Extend the Deadline for Defendant Loya Insurance Company to File its Reply in Support of Motion for Protective Order Regarding Plaintiff Debbie Siegfried's Deposition Subpoena to the F.R.C.P. 30(b)(6) Representative for Loya Insurance Company (First Request)*.

. . .



# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## LEGAL ARGUMENT

"[D]istrict courts . . . retain broad discretion to control their dockets . . . ." *Shahrokhi v. Harter*, No. 2:21-cv-01126-RFB-NJK, 2021 U.S. Dist. LEXIS 247936, at *4 (D. Nev. Dec. 30, 2021). Siegfried and Loya hereby respectfully move this Court to extend the deadline for Loya to file its Reply in Support of its Motion for Protective Order (ECF No. 51) by fourteen (14) days, from November 15, 2022 to November 29, 2022. Loya filed its Motion for Protective Order on October 25, 2022. Siegfried filed her Response on November 8, 2022 (ECF No. 53). Siegfried and Loya hereby submit this Joint Motion in accordance with LR IA 6-1. This is the parties' first joint motion for extension of time for Loya to file its Reply in Support of its Motion for Protective Order.

Siegfried and Loya respectfully request an extension of the reply deadline.[1] Siegfried and Loya were scheduled to participate in a second mediation of this matter on November 16, 2022 in an effort to resolve this matter. However, on November 15, 2022, the parties learned that Loya's representative is unable to attend the scheduled mediation due to the death of one of his colleagues. As the parties attempt to reschedule their mediation for a separate date, Siegfried and Loya have mutually agreed to allow Loya additional time to complete its Reply because Loya devoted substantial time and resources to prepare for the second mediation. The proposed extension of time will allow Loya the requisite time to fully address the arguments Siegfried made in her Response.

## II.

## CONCLUSION

Based on the foregoing, Plaintiff Debbie Siegfried and Defendant Loya Insurance Company respectfully request this Court to **GRANT** their Joint Motion to Extend the Deadline for Defendant Loya Insurance Company to File its Reply in Support of Motion

---

[1] Siegfried and Loya hereby file this joint motion in lieu of a stipulation because Defendant Jess Lopez is a Defendant in this action who has not filed an answer or otherwise made an appearance. *See* LR 7-1(c) ("A stipulation that has been signed by fewer than all the parties or their attorneys will be treated–and must be filed–as a joint motion).

2

for Protective Order Regarding Plaintiff Debbie Siegfried's Deposition Subpoena to the F.R.C.P. 30(b)(6) Representative for Loya Insurance Company (First Request).

DATED this 15th day of November, 2022.   DATED this 15th day of November, 2022.

**PRINCE LAW GROUP**   **KRAVITZ, SCHNITZER JOHNSON & WATSON, CHTD.**

*/s/ Kevin T. Strong*
DENNIS M. PRINCE
Nevada Bar No. 5092
KEVIN T. STRONG
Nevada Bar No. 12107
10801 W. Charleston Boulevard
Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Attorneys for Plaintiff
*Debbie Siegfried*

*/s/ M. Bradley Johnson*
M. BRADLEY JOHNSON
Nevada Bar No. 4646
8985 S. Eastern Avenue
Suite 200
Las Vegas, Nevada 89123
Tel: (702) 322-4126
Fax: (702) 362-2203
Attorneys for Defendant
*Loya Insurance Company*

I**T IS SO ORDERED**.

DATED: November 16, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



# CERTIFICATE OF SERVICE

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I am an employee of **PRINCE LAW GROUP** and that on the 15th day of November, 2022, I electronically filed the foregoing document entitled **JOINT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT LOYA INSURANCE COMPANY TO FILE ITS REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFF DEBBIE SIEGFRIED'S DEPOSITION SUBPOENA TO THE F.R.C.P. 30(b)(6) REPRESENTATIVE FOR LOYA INSURANCE COMPANY (ECF No. 51) (First Request)** with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following:

M. Bradley Johnson
Kristopher T. Zeppenfeld
**KRAVITZ, SCHNITZER & JOHNSON**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 322-4126
Fax: (702) 362-2203
Attorneys for Defendant
*Loya Insurance Company*

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I also served the foregoing documents via First-Class United States Mail to the following address:

Jess Lopez
8744 Raindrop Canyon
Las Vegas, Nevada 89129

                                                 */s/ Kevin T. Strong*
                                                 An Employee of Prince Law Group


PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135