1   DENNIS M. PRINCE
    Nevada Bar No. 5092
2   KEVIN T. STRONG
    Nevada Bar No. 12107
3   **PRINCE LAW GROUP**
    10801 W. Charleston Boulevard
4   Suite 560
    Las Vegas, Nevada 89135
5   Tel: (702) 534-7600
    Fax: (702) 534-7601
6   Email: eservice@thedplg.com
    Attorneys for Plaintiff
7   *Debbie Siegfried*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
    DEBBIE SIEGFRIED, individually,          CASE NO.:  2:20-cv-01905-KJD-DJA
11                                           <u>**ORDER**</u> **GRANTING**
            Plaintiff,                       **JOINT MOTION TO CONTINUE**
12                                           **HEARING ON PLAINTIFF'S**
    vs.                                      **MOTION TO COMPEL (ECF No. 50)**
13                                           **AND DEFENDANT LOYA**
    LOYA   INSURANCE   COMPANY,   a          **INSURANCE COMPANY'S**
14  Foreign Corporation; and JESS LOPEZ,     **MOTION FOR PROTECTIVE**
    individually; DOES I through X; and ROE  **ORDER (ECF No. 51)**
15  BUSINESS  ENTITIES  I  through  X,
    inclusive,
16
            Defendants.
17

18
            Plaintiff DEBBIE SIEGFRIED ("Siegfried"), by and through her counsel of record,
19
    Dennis M. Prince and Kevin T. Strong of PRINCE LAW GROUP, and Defendant LOYA
20
    INSURANCE COMPANY ("Loya"), by and through its counsel of record, M. Bradley
21
    Johnson of KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby file their
22
    *Joint Motion to Continue Hearing on Plaintiff's Motion to Compel (ECF No. 50) and*
23
    *Defendant Loya Insurance Company's Motion for Protective Order* (ECF No. 51).
24
                    **MEMORANDUM OF POINTS AND AUTHORITIES**
25
                                        **I.**
26
                               <u>**LEGAL ARGUMENT**</u>
27
            "[D]istrict courts . . . retain broad discretion to control their dockets . . . ."
28
    *Shahrokhi v. Harter,* No. 2:21-cv-01126-RFB-NJK, 2021 U.S. Dist. LEXIS 247936, at *4



(D. Nev. Dec. 30, 2021). On February 13, 2023, this Court scheduled a hearing on Siegfried's Motion to Compel Defendant Loya Insurance Company's Responses to Plaintiff's Third Set of Requests for Production of Documents and Fourth Set of Requests for Production of Documents (ECF No. 50) and Defendant Loya Insurance Company's Motion for Protective Order Regarding Plaintiff Debbie Siegfried's Deposition Subpoena to the F.R.C.P. 30(b)(6) Representative for Loya Insurance Company (ECF No. 51) for Thursday, March 2, 2023 at 10:00 a.m. Siegfried and Loya hereby respectfully request this Court to continue the March 2, 2023 hearing to March 9, 2023 or any date thereafter that may be more convenient for this Court.[1] The parties request this continuation because counsel for Siegfried are scheduled to attend a full-day mediation in an unrelated matter that was scheduled prior to this Court's Order setting the hearing.

## II.

## CONCLUSION

Based on the foregoing, the parties respectfully request this Court to grant their motion and continue the March 2, 2023 hearing to March 9, 2023 or any date thereafter that is more convenient for this Court.

DATED this 24th day of February, 2023.     DATED this 24th day of February, 2023.

**PRINCE LAW GROUP**                         **KRAVITZ, SCHNITZER JOHNSON & WATSON, CHTD.**

*/s/ Kevin T. Strong*                        */s/ M. Bradley Johnson*
DENNIS M. PRINCE                             M. BRADLEY JOHNSON
Nevada Bar No. 5092                          Nevada Bar No. 4646
KEVIN T. STRONG                              8985 S. Eastern Avenue
Nevada Bar No. 12107                         Suite 200
10801 W. Charleston Boulevard                Las Vegas, Nevada 89123
Suite 560                                    Tel: (702) 322-4126
Las Vegas, Nevada 89135                      Fax: (702) 362-2203
Tel: (702) 534-7600                          Attorneys for Defendant
Fax: (702) 534-7601                          *Loya Insurance Company*
Attorneys for Plaintiff
*Debbie Siegfried*



[1] Siegfried and Loya hereby file this joint motion in lieu of a stipulation because Defendant Jess Lopez is a Defendant in this action who has not filed an answer or otherwise made an appearance. *See* LR 7-1(c) ("A stipulation that has been signed by fewer than all the parties or their attorneys will be treated–and must be filed–as a joint motion).

2



## CERTIFICATE OF SERVICE

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I am an employee of **PRINCE LAW GROUP** and that on the 24th day of February, 2023, I electronically filed the foregoing document entitled **JOINT MOTION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL (ECF No. 50) AND DEFENDANT LOYA INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER (ECF No. 51)** with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following:

M. Bradley Johnson
Kristopher T. Zeppenfeld
**KRAVITZ, SCHNITZER & JOHNSON**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tel: (702) 322-4126
Fax: (702) 362-2203
Attorneys for Defendant
*Loya Insurance Company*

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I also served the foregoing documents via First-Class United States Mail to the following address:

Jess Lopez
8744 Raindrop Canyon
Las Vegas, Nevada 89129

/s/ Kevin T. Strong
An Employee of Prince Law Group

## ORDER

Having reviewed the parties' joint motion [ECF No. 69], the Court finds good cause to grant it. Accordingly, IT IS HEREBY ORDERED that the motions hearing scheduled for March 2, 2023 is **VACATED** and **RESET** to **Monday, March 20, 2023 at 10:00 a.m.** in **Courtroom 3A.**

DATED this 27th day of February, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE


DPLG
PRINCE LAW GROUP
10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135