1  M. BRADLEY JOHNSON, ESQ.
   Nevada Bar No. 4646
2  **KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**
3  8985 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
4  Telephone: (702) 362-6666
   Facsimile: (702) 362-2203
5  E-Mail: bjohnson@ksjattorneys.com
   *Attorneys for Defendant,*
6  *Loya Insurance Company*

7  DENNIS M. PRINCE
   Nevada Bar No. 5092
8  KEVIN T. STRONG
   Nevada Bar No. 12107
9  **PRINCE LAW GROUP**
10 10801 W. Charleston Blvd., Suite 560
   Las Vegas, Nevada 89135
11 Tel: (702) 534-7600
   Fax: (702) 534-7601
12 E-Mail: eservice@thedplg.com
   *Attorneys for Plaintiff*
13 *Debbie Siegfried*

14

15                    UNITED STATES DISTRICT COURT

16                         DISTRICT OF NEVADA

| 17 | DEBBIE SIEGFRIED, individually, | Case No. 2:20-cv-01905-KJD-DJA |
|---|---|---|
| 18 | Plaintiff, | Assigned For All Purposes To: Hon. Kent J. Dawson |
| 19 | v. | |
| 20 | LOYA INSURANCE COMPANY, a Foreign corporation; JESS LOPEZ, individually, DOES I t X, and ROE BUSINESS ENTITIES I through X, inclusive, | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |
| 24 | | |

25        Pursuant to FRCP Rule 41(a)(1)(A)(ii), Plaintiff Debbie Siegfried and Defendant Loya

26 Insurance Company hereby stipulate to dismiss with prejudice any and all claims and causes of

27 action asserted in the above-captioned lawsuit or arising out of the facts alleged in the above-

28 captioned lawsuit.  Each Party will bear their own costs and attorneys' fees.

-1-

**IT IS SO STIPULATED.**

DATED: August 7, 2023.                    PRINCE LAW GROUP

By: _____/s/ Kevin T. Strong, Esq._____
DENNIS M. PRINCE, ESQ.
KEVIN T. STRONG, ESQ.
Attorneys for Plaintiff Debbie Siegfried

DATED: August 7, 2023.        KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.

By: _____/s/ M. Bradley Johnson, Esq._____
M. BRADLEY JOHNSON, ESQ.
Attorneys for Defendant Loya Insurance Company

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 7, 2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE